# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2018

## NO. 03-18-00139-CV

**City of Killeen, Appellant**

**v.**

**Mary Cheney, Surviving Spouse of Decedent Eric Cheney, Appellee**

**APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
JUSTICE PEMBERTON NOT PARTICIPATING
REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

This is an appeal from the interlocutory order signed by the trial court on February 16, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the order. Therefore, the Court reverses the trial court's interlocutory order denying appellant's plea to the jurisdiction and renders judgment dismissing appellee's claim. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.